**DISMISS; and Opinion Filed November 20, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00742-CV

### ENYIMBA SOCIAL CLUB USA, INC., DALLAS BRANCH, Appellant
### V.
### EMANUEL EMEANUA, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01589-A**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Boatright
Opinion by Justice Boatright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated June 28, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated June 28, 2018, we notified appellant the time for filing the docketing statement had expired. We cautioned appellant that failure to file its docketing statement within ten days might result in dismissal of this appeal without further notice. By letter dated August 30, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification or payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We

cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal. Because appellant has failed to comply with notices from this court requiring specified actions, we dismiss this appeal. TEX. R. APP. P. 42.3(c).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

180742F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

ENYIMBA SOCIAL CLUB USA, INC.,
DALLAS BRANCH, Appellant

No. 05-18-00742-CV        V.

EMANUEL EMEANUA, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-14-01589-A.
Opinion delivered by Justice Boatright.
Chief Justice Wright and Justice Evans
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee EMANUEL EMEANUA recover his costs of this appeal, if any, from appellant ENYIMBA SOCIAL CLUB USA, INC., DALLAS BRANCH.

Judgment entered this 20th day of November, 2018.